SIMMONS WATKINS et al., complainants,

*v.*

JULIA E. WATKINS et al., defendants.

[Submitted July 6th, 1915. Decided November 15th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *82 N. J. Eq. 483.*

*Mr. William C. Jones* and *Mr. Joseph H. Gaskill,* for the appellants.

*Messrs. Ott & Carr,* for the respondents.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, HEPPENHEIMER, WILLIAMS, TAYLOR—13.

*For reversal*—None.